UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVIS SHINNEMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cv-02203-JMS-TAB |
| THEODORE BRINK, JOSHUA BROWN, BRIAN LINARES, TERRY SMITH, MARION COUNTY SHERIFF'S OFFICE, KUNCLE Deputy, STEVE MONDAY, SCHMIDT Deputy, | ) |
| Defendants. | ) |

## ORDER

Following additional discussions after the June 22, 2023, settlement conference, this case is now settled. Therefore, any pending motions are denied as moot, and all previously ordered dates relating to discovery, filings, schedules, conferences and trial, if any, are vacated. Parties shall file a stipulation of dismissal within 60 days.

Date: 6/27/2023

_____
Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email