# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVIS SHINNEMAN, | ) |
| Plaintiff, | ) |
| v. | ) |
| INDIANAPOLIS-MARION COUNTY CITY-COUNTY COUNCIL, THEODORE BRINK, JOSHUA BROWN, BRIAN LINARES, TERRY SMITH, MARION COUNTY SHERIFF'S OFFICE, JOSHUA KUNKEL[1], STEVE MONDAY, and WILLIAM SCHMIDT, | ) CASE NO. 1:21-cv-2203-JMS-TAB |
| Defendants. | ) |

## AMENDED JOINT STIPULATION OF DISMISSAL

The parties, by counsel, pursuant to Fed. R. Civ. P. 41(a)(1) hereby stipulate to the dismissal with prejudice of all claims in this action, each party to bear its own attorney fees and costs.

BLEEKE DILLON CRANDALL, P.C.

By: */s/ Carol A. Dillon*
Carol A. Dillon
Travis W. Montgomery
8470 Allison Pointe Blvd., Ste. 420
Indianapolis, IN 46250-4365
*Attorneys for Defendants Indianapolis-Marion County City County Council, Theodore Brink, Joshua Brown, Brian Linares, and Terry Smith*

FROST BROWN TODD LLP

By: */ s / Anthony W. Overholt*
Anthony W. Overholt, #16481-49
Amy Stewart Johnson, #16257-49
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
*Attorney for Defendants Marion County Sheriff's Office, Joshua Kunkel, Steve Monday and William Schmidt*

---

[1] Joshua Kunkel is misidentified "Kuncle".

CULOTTA & CULOTTA LLP

By: /s/ Jennifer H. Culotta
J. Clayton Culotta
Jennifer H. Culotta
James Donald Culotta
Culotta & Culotta LLP
815 E. Market Street
New Albany, IN 47150
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was electronically filed on August 23, 2023. Service of this filing will be made on all ECF registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| John F. Kautzman<br>Andrew R. Duncan<br>Edward J. Merchant<br>RUCKELSHAUS KAUTZMAN BLACKWELL<br>135 N. Pennsylvania Street<br>Suite 1600<br>Indianapolis, IN 46204<br>jfk@rkblegalgroup.com<br>ard@rkblegalgroup.com<br>ejm@rkblegalgroup.com | Brnadon Robert Newhart<br>Office of Corporation Counsel<br>200 E. Washington Street, Suite 1601<br>Indianapolis, IN 46204<br>brandon.newhart@indy.gov |

/ s / Anthony W. Overholt
Anthony W. Overholt

FROST BROWN TODD LLP
111 Monument Circle, Suite 4500
P.O. Box 44961
Indianapolis, IN 46244-0961
317-237-3800
Fax: 317-237-3900
aoverholt@fbtlaw.com
asjohnson@fbtlaw.com

LR10348.0975408 4880-3328-4986v1