UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| TRAVIS SHINNEMAN, | ) |
|       Plaintiff, | ) |
| v. | ) |
| INDIANAPOLIS-MARION COUNTY CITY-COUNTY COUNCIL, THEODORE BRINK, JOSHUA BROWN, BRIAN LINARES, TERRY SMITH, MARION COUNTY SHERIFF'S OFFICE, JOSHUA KUNKEL[1], STEVE MONDAY, and WILLIAM SCHMIDT, | ) CASE NO. 1:21-cv-2203-JMS-TAB |
|       Defendants. | ) |

## ORDER OF DISMISSAL

The parties, having filed their Joint Stipulation of Dismissal, and the Court having received the same and being duly advised, hereby orders that the above-captioned matter be dismissed with prejudice, each party to pay and bear their respective costs [171].

SO ORDERED.

Date: 8/25/2023

                                              Hon. Jane Magnus-Stinson, Judge
                                              United States District Court
                                              Southern District of Indiana

---

[1] Joshua Kunkel is misidentified "Kuncle".